In the Matter of ANGELLA J. PUSEY, Petitioner, v FREDERICK D.R. SAMPSON, in his Official Capacity as a Justice of the Supreme Court, County of Queens, Respondent. [56 NYS3d 873]—

Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, a Justice of the Supreme Court, Queens County, to determine her motion for a default judgment against the defendants in an action entitled *Pusey v Morales*, pending in the Supreme Court, Queens County, under index No. 7823/15.

Adjudged that the petition is denied and the proceeding is dismissed as academic, without costs or disbursements.

This proceeding has been rendered academic in light of an order of the Supreme Court, Queens County, dated January 6, 2017, which determined the petitioner's motion. Eng, P.J., Roman, LaSalle and Connolly, JJ., concur.